IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DALHAJI SMITH, | § <br> § <br> § |
| Plaintiff, | § <br> § |
| vs. | §    C.A. NO. C-06-558 <br> § |
| APAC CUSTOMER SERVICES, INC., | § <br> § |
| Defendant. | § <br> § |

## ORDER

On this day came on to be considered Plaintiff's "Unopposed Motion for Leave to Amend Pleading" (D.E. 18).  The Court hereby GRANTS Plaintiff's motion.

SIGNED and ENTERED this 11th day of June, 2007.

_____
Janis Graham Jack
United States District Judge